THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY MALLOY, Appellant. [835 NYS2d 522]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed October 6, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.